**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Dennis Aubrey WILSON, Defendant–
Appellant.**

**No. 08–14722
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 12, 2009.

Dennis Aubrey Wilson, Miami, FL, pro se.

Peggy Morris Ronca, Orlando, FL, for Plaintiff-Appellee.

Before BIRCH, HULL and HILL, Circuit Judges.

PER CURIAM:

Ryan Thomas Truskoski, appointed counsel for Dennis Aubrey Wilson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's order granting Wilson a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) is **AFFIRMED.**